UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES S. CLARK | CIVIL ACTION |
| VERSUS | 14-673-JWD-RLB |
| STATE FARM FIRE AND CASUALTY COMPANY | |

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated February 24, 2015, to which no objection was filed.

**IT IS ORDERED** that Plaintiff's Motion to Remand is **GRANTED,** and the case is **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on March 18, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

19th JDC - certified